**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1460**

DANIEL S. O'SHEA,

                                    Plaintiff - Appellant,

        versus

LOCAL UNION NO. 639, International Brotherhood
of   Teamsters;   UNITED   PARCEL   SERVICE,
INCORPORATED,

                                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  J. Frederick Motz, District Judge.
(8:05-cv-00937-JFM)

Submitted:  December 14, 2006      Decided:  December 18, 2006

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel S. O'Shea, Appellant Pro Se.  Mark J. Murphy, MOONEY, GREEN,
BAKER & SAINDON, Washington, D.C.; Richard J. Hafets, DLA PIPER
RUDNICK GRAY CARY US LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel S. O'Shea appeals the district court's order granting summary judgment to the Defendants in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. O'Shea v. Local Union No. 639, No. 8:05-cv-00937-JFM (D. Md. Aug. 4, 2006) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED